**DISMISS; Opinion Filed October 20, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00652-CV

**JAMES MICHAEL STUART AND/OR ALL OCCUPANTS, Appellant**
**V.**
**U.S. BANK NATIONAL ASSOCIATION, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-00955-B**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Francis, and Justice Myers
Opinion by Justice Myers

Appellant's brief in this case is overdue. By postcard dated August 8, 2014, we informed appellant that the time for filing his brief had expired. We directed him to file both his brief as well as a motion to extend time to file the brief within ten days of the date of the postcard. We cautioned appellant that the failure to file a brief and extension motion within the time stated would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief or an extension motion, nor has he otherwise corresponded with the Court regarding the status of his appeal.

Accordingly, we **DISMISS** this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


140652F.P05

/Lana Myers/
LANA MYERS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JAMES MICHAEL STUART AND/OR
ALL OCCUPANTS, Appellant

No. 05-14-00652-CV     V.

U.S. BANK NATIONAL ASSOCIATION,
Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-14-00955-B.
Opinion delivered by Justice Myers, Chief
Justice Wright and Justice Francis
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee U.S. BANK NATIONAL ASSOCIATION recover its costs, if any, of this appeal from appellant JAMES MICHAEL STUART AND/OR ALL OCCUPANTS.

Judgment entered this 20th day of October, 2014.